## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Sage Products, LLC

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:15−cv−03782
　　　　　　　　　　　　　　　　　　　Honorable Sara L. Ellis

Medline Industries, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2015:

        MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Notice of Voluntary Dismissal [30], this action is voluntarily dismissed under Federal Rule Civil Procedure 41(a)(1), subject to the terms of the separate settlement agreement. All pending motions and/or dates are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.